# IN THE BANKRUPTCY COURT OF THE UNITED STATES
# FOR THE EASTERN DISTRICT OF MICHIGAN
# <u>SOUTHERN DIVISION-DETROIT</u>

**In re:**
**RUTHANN ROCHELEAU,**

Debtor.

_____/

Case No. 24-46303 lsg
Chapter 7
HON. LISA S. GRETCHKO

## <u>NOTICE OF LIMITED APPEARANCE</u>

TO THE CLERK OF COURT:

Please enter the appearance of John Robert Keyes, as attorney for the debtor for the limited purpose of representing the debtor at the section 341 meeting of the creditors. The Law Office of Gregory T. Osment & Associates shall continue to represent the debtor in all other matters.

Dated: April 12, 2024

    /s/ John Robert Keyes
John Robert Keyes (P68856)
Attorney for Debtor
1646 E. Stadium Blvd.
Ann Arbor, MI 48104
(734) 662-1590
Robert@robertkeyeslaw.com

Dated: April 12, 2024

/s/Gregory T. Osment
Gregory T. Osment (P41385)
Attorney for Debtor
13 Washington St., Suite 2
Monroe, MI 48161
(734) 242-4441
gtoesq@sbcglobal.net